UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Andrew Glover,

                Petitioner,

v.

State of Minnesota,

                Respondent.

Case No. 24-CV-1125 (KMM/DJF)

**ORDER**

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Dulce J. Foster, dated June 14, 2024. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise, and the R&R is accepted in full.

**IT IS HEREBY ORDERED** that**:**

1. Mr. Glover's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (ECF 1) is **DENIED**;

2. Mr. Glover's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF 2) is **DENIED** as moot;

3. This matter is **DISMISSED WITHOUT PREJUDICE**.

**Let Judgment Be Entered Accordingly.**

Date: **August 20, 2024**                              *s/ Katherine M. Menendez*
                                                                       Katherine M. Menendez
                                                                       United States District Judge